**Order filed, November 25, 2015.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00853-CV

_____

## AMIR BAJMANLOU, Appellant

## V.

## SIGNAD LTD, Appellee

---

**On Appeal from the County Civil Court at Law No 2**
**Harris County, Texas**
**Trial Court Cause No. 1047396**

---

### ORDER

The reporter's record in this case was due **November 03, 2015**. _See_ Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Gina Oliver**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM